**2008–0018.  Graceworks Lutheran Servs. v. Hamilton.**
Butler App. Nos. CA2007–01–015 and CA2007–01–030, 2007-Ohio-6167.
PFEIFER, J., dissents.

**2008–0042.  State v. Snow.**
Hamilton App. No. C–060963, 2007-Ohio-6338.

**2008–0049.  State v. Rigsbee.**
Champaign App. No. 06–CA–41, 174 Ohio App.3d 12, 2007-Ohio-6267.

**2008–0055.  State v. Sprowls.**
Lake App. No. 2007–L–049, 2007-Ohio-6408.

**2008–0062.  State v. Traore.**
Hamilton App. No. C–060802, 2007-Ohio-6334.
O'CONNOR, J., dissents and would accept the appeal on Proposition of Law No. VI.

**2008–0063.  Arrow Uniform Rental, LP v. Longazel.**
Cuyahoga App. No. 90599.
O'CONNOR, J., dissents and would accept the appeal and hold the cause for the decision in 2007–1345, *Pattison v. W.W. Grainger, Inc.*, Cuyahoga App. No. 88556, 2007-Ohio-3081.

**2008–0078.  State v. Sage.**
Montgomery App. No. 22078, 2007-Ohio-6353.
MOYER, C.J., dissents.

**2008–0083.  State v. Keeton.**
Richland App. No. 2007–CA–13, 2007-Ohio-6342.
MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. IV.

**2008–0086.  State v. Walker.**
Hamilton App. No. C–060910, 2007-Ohio-6337.

**2008–0087.  State v. Rutan.**
Franklin App. No. 07AP–626, 2007-Ohio-6507.

**2008–0088.  Fugett v. Colman.**
Marion App. No. 9–07–32.

**2008–0089.  State v. Tompkins.**
Hamilton App. No. C–060975.

**2008–0092.  Kuchmar v. Nationwide Mut. Ins. Co.**
Hamilton App. No. C–060886.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2008–0097.  State v. Braun.**
Washington App. No. 07CA15, 2007-Ohio-6443.

**2008–0100.  State v. Wilson.**
Hamilton App. No. C–061000, 2007-Ohio-6339.
O'DONNELL and CUPP, JJ., dissent.

**2008–0113.  State v. Broadnax.**
Montgomery App. No. 21844, 2007-Ohio-6584.
O'DONNELL, J., dissents.

**2008–0123.  State v. Moton.**
Richland App. No. 2006 CA 0081, 2007-Ohio-6796.

**2008–0148.  State v. Hamilton.**
Butler App. No. CA2007–03–084.

**2008–0178.  State v. Damron.**
Ross App. No. 06CA2903, 2007-Ohio-1187.